AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

| | | |
|---|---|---|
| United States of America | ) | **FILED** |
| v. | ) | APR 22 2019 |
| JERRY ALEXANDER BELTRAM, | ) | SUSAN Y. SOONG |
| | ) | CLERK, U.S. DISTRICT COURT |
| | ) | NORTH DISTRICT OF CALIFORNIA |
| | ) | OAKLAND OFFICE |
| *Defendant(s)* | ) | |

Case No.

**4-19-70600**

**MAG**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 14, 2019 _____ in the county of _____ Contra Costa _____ in the

_____ Northern _____ District of _____ California _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g) | Felon in possession of a firearm or ammunition. |

Penalties: Maximum 10 years imprisonment; maximum $250,000 fine; maximum 3 years supervised release; $100 special assessment; forfeiture.

This criminal complaint is based on these facts:

Please see attached affidavit of Federal Bureau of Investigation, Special Agent Matthew Ernst.

☐ Continued on the attached sheet.

Approved As To Form:

_____
AUSA KATIE BURROUGHS MEDEARIS

_____
*Complainant's signature*

Matthew Ernst, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: April 22, 2019

_____
*Judge's signature*

City and state: _____ Oakland, California _____

Hon. Donna M. Ryu, U.S. Magistrate Judge
*Printed name and title*

1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  KATIE BURROUGHS MEDEARIS (CABN 262539)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      FAX: (510) 637-3724
       Katie.Medearis@usdoj.gov
8
   Attorneys for United States of America
9

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                      OAKLAND DIVISION

13  IN RE MATTER OF A CRIMINAL        )   CASE NO.
    COMPLAINT AND ARREST WARRANT      )
14  FOR JERRY ALEXANDER BELTRAM       )   AFFIDAVIT OF FBI SPECIAL AGENT
                                      )   MATTHEW ERNST IN SUPPORT OF
15                                    )   APPLICATION FOR AN ARREST WARRANT
                                      )
16                                    )   [UNDER SEAL]
                                      )
17                                    )
                                      )
18  _____   )

19        I, Matthew Ernst, Special Agent, Federal Bureau of Investigation ("FBI"), Concord, California,

20  being duly sworn state:

21  **I.      INTRODUCTION**

22        **A.      Purpose of Affidavit**

23        1.      I make this affidavit in support of the issuance of a criminal complaint and a federal

24  arrest warrant against: Jerry Frank Alexander BELTRAM ("BELTRAM") for a violation of Title 18,

25  United States Code, Section 922(g) (hereafter, the "Target Offense")committed on or about March 14,

26  2019.

27  ///

28  ///

**B.**   **Sources of Information**

2.      The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers/agents who have participated in this investigation, my review of documents and computer records related to this investigation, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience.  For this investigation, I have also obtained and reviewed information gathered/reported by members of the Antioch, San Pablo, Oakland, and Brentwood Police Departments. I have also conducted my own investigation into BELTRAM.  My experience and training as an FBI Special Agent and my participation in this investigation form the basis of the opinions and conclusions set forth below.

3.      I have not included each and every fact known to me concerning this investigation. Instead, I have only set forth the facts I believe are necessary to establish probable cause that the aforementioned violation of federal law has occurred.  Further, my interpretations and explanations of the significance of certain events, records, and statements discussed herein may evolve or change as the investigation progresses and/or new information is discovered.

**II.    AFFIANT BACKGROUND AND APPLICABLE LAW**

**A.**   **Agent Experience and Background**

4.      I am a Special Agent (SA) of the FBI and have been so employed since March of 2004.  I completed seventeen weeks of training at the FBI Academy to become a SA.  My training included learning how to conduct investigations into of a variety of federal crimes.  Prior to working for the FBI, I was a police officer for the City of Antioch for over five years.  In addition to the training and experience discussed above, I have also spoken to and worked with more experienced federal and state agents and officers throughout my career.

5.      Currently, I am assigned to the FBI Safe Streets Gang Task Force in Contra Costa County, San Francisco Field Office, where my responsibilities include the investigation of federal firearms violations.  In this position, I have investigated and participated in the charging of dozens of federal cases involving violations of the Target Offense, as well as other federal offenses.  I am familiar

1  with the types of evidence gathered in a variety of firearm possession and trafficking investigations, as

2  well as how to identify various types of firearms and how to trace firearms in general.

3        6.        In addition to my above-described duties and experience, I also serve as a FBI certified

4  firearms instructor.   In this capacity, I instruct agents and officers in the safe use of firearms and how to

5  identify types of firearms, among other duties.

6        **B.        Applicable Law**

7        7.        The elements of the Target Offense (18 U.S.C. § 922(g)) is as follows: the defendant (1)

8  knowingly possessed a firearm or ammunition; (2) that firearm or ammunition had been shipped or

9  transported from one state to another, or between a foreign nation and the United States; and (3) at the

10  time the defendant possessed the firearm or ammunition, the defendant had been convicted of a crime

11  punishable by imprisonment for a term exceeding one year.

12  **III.        FACTS ESTABLISHING PROBALE CAUSE**

13        **A.        BELTRAM's Criminal History**

14        8.        BELTRAM has a criminal history that includes both juvenile and adult felony

15  convictions.  On May 15, 2012, Antioch Police Department arrested BELTRAM, who was a juvenile.

16  BELTRAM was arrested in connection with multiple cases and offenses, including burglary and

17  possession of a firearm.  BELTRAM admitted being with other KNI ("Knockin Niggas Instantly") gang

18  members and shooting a firearm in the air twice.  BELTRAM later sustained a felony violation of

19  California Penal Code § 29610 - Minor in Possession of a Firearm and California Penal Code §

20  186.22(b)(1) - Participation in a Criminal Street Gang on August 6, 2012.  As an adult, BELTRAM

21  incurred another felony conviction in the State of California.  In September 2018, he was convicted of

22  California Penal Code (PC) 25850(a) - Carrying a Loaded Firearm and California Vehicle Code (VC) -

23  Felony Evading.

24

25

26  ///

27  ///

28  ///

1      **B.      BELTRAM's Interactions with Law Enforcement Officers**

2          9.      BELTRAM has a repeatedly fled from law enforcement officers when they have

3   attempted to conduct traffic stops of vehicles where he was the driver or occupant.  Based on my

4   participation in this investigation, I am aware of at least three instances where BELTRAM has done so.

5   This instances have occurred in multiple cities within the Bay Area, as detailed below.

6          10.      On December 31, 2018, BELTRAM was driving through Oakland at night without

7   headlights on his vehicle.  When BELTRAM's vehicle approached a marked Oakland Police

8   Department (OPD) vehicle, BELTRAM made a hard-turn, lost control of his vehicle, and crashed into

9   the center median.  BELTRAM then fled on foot and OPD found items belonging to BELTRAM within

10  the vehicle, including his driver's license, which allowed the OPD officers to positively identify

11  BELTRAM as the driver who fled the scene.

12         11.      In addition, BELTRAM fled from police officers with the Richmond and Antioch Police

13  Departments (RPD and APD) in February 2019.  During these two, separate attempted traffic stops

14  conducted by RPD and APD, respectively, BELTRAM fled at a high rate of speed in his vehicle and

15  officers terminated the pursuits due to safety concerns.

16         12.      Separately, FBI has been investigating BELTRAM for other suspected criminal conduct

17  and obtained a search warrant for BELTRAM's Instagram account.  These search warrant results

18  yielded numerous photographs, videos, and messages posted by BELTRAM discussing, possessing, and

19  advertising firearms and ammunition, as further detailed below.

20

21      **B.      Offense Conduct: Antioch Police Department Traffic Stop and Resulting
                Recovery of Firearm and Ammunition**

22         13.      On March 14, 2019, police officers from numerous police departments in Contra Costa

23  County were working a vehicle theft suppression detail in the City of Antioch, which is located within

24  the Northern District of California.  Prior to the start of the operation, Antioch Police Officer Gerber

25  provided a wanted person bulletin for BELTRAM to officers involved in the vehicle theft suppression

26  detail in effort to alert law enforcement to BELTRAM's potential presence in the area.  Officer Gerber

27  advised BELTRAM had a history of running from the police, had an active probation violation warrant,

28

1  and was known to frequently be in possession of firearms.  Officer Gerber included a current photograph

2  of BELTRAM.

3      14.    Around 4:40 p.m., San Pablo Officers observed a black Mercedes C320 with no license

4  plates, a violation of the California Vehicle Code.  When the officers attempted to make a traffic stop on

5  the vehicle, it fled.  The officers pursued the vehicle until it turned onto Gloucester Court, a dead end

6  street.  As the officers turned into the court, they observed the front passenger of the Mercedes exit the

7  car and run away on foot.  The passenger (later identified as BELTRAM) then jumped the side-yard

8  fence of 904 Gloucester Court.  Officers described the subject as a black male with short hair and a

9  distinct beard.  They observed that the subject had a brown/black duffel bag slung around his neck.

10     15.    The driver of the Mercedes, who was later identified as Dmario Carlisle, was detained,

11  handcuffed, and placed in the rear of the officer's patrol car.  Officers were unable to locate the subject

12  who fled.  While Carlisle was detained in the rear of the patrol car, San Pablo Officer Nelson read him

13  his Miranda Rights, which he waived.  Carlisle stated he knew the passenger in his vehicle as "JB" and

14  believed his first name was "Jerry."  Officer Nelson showed Carlisle the wanted person flyer Antioch

15  Officer Gerber had prepared on Jerry BELTRAM, which contained a picture of BELTRAM, and asked

16  Carlisle if that was his passenger.  Carlisle looked at the photo of BELTRAM and stated, "yes."

17     16.    After reviewing the photograph of BELTRAM on the wanted person flyer, Officer

18  Nelson also positively identified BELTRAM as the subject that he saw run from the Mercedes with the

19  brown/black duffel bag slung around his neck.

20     17.    While Officer Nelson was occupied with Carlisle, additional officers were searching the

21  area for BELTRAM.  Brentwood Police Department Officers Davis and Laughridge searched the area

22  around Barnsley Court, which backs up to Gloucester Court.   While conducting their search, a resident

23  in the area told the officers that a black male ran through his backyard, threw a duffel bag on the ground,

24  and jumped his fence.  The resident reported that he last saw the subject in the creek area behind his

25  house.  The resident directed Officers Davis and Laughridge to the duffel bag in his yard where they

26  recovered the bag.  When officers looked into the bag, they observed an ABC Rifle Company, ABC 15

27  semi-automatic AR-15 style firearm, serial #ABC-0276 with a 100-round "drum magazine."  The

28

1   magazine had 96 rounds of 5.56 green-tipped[1] ammunition with LC 18 stamped on the bottom.  Officer

2   Nelson positively identified the bag as the one BELTRAM was carrying when he fled the Mercedes.   A

3   photograph of the bag and its contents is depicted below:



17       18.    Carlisle was transported to the Antioch Police Department where he was re-Mirandized

18   by Antioch Police Officer Gerber.  Carlisle again waived his rights and agreed to speak to Officer

19   Gerber.  Carlisle said he did not know BELTRAM well, but agreed to give him a ride.  When the police

20   attempted to stop him, BELTRAM yelled at Carlisle, "Bro, what is you doing?!? I got guns on me! Keep

21   it pushing! Don't stop."  Carlisle said that is why BELTRAM fled from police.  Carlisle said

22   BELTRAM was carrying the brown/black duffel bag the whole time BELTRAM was around Carlisle,

23   but he did not see what was inside.

24       **D.**    **Search Warrant for BELTRAM's Instagram Account**

25       19.    On February 8, 2019, United States Magistrate Judge Donna M. Ryu, Northern District of

26   California, authorized a search warrant of Beltram's Instagram account, *jbmobbin400*.  During a review

27

28

---

[1] Green-tipped ammunition has a steel core that allows it to pierce protective amour.  In the military, this type of ammunition is frequently referred to amour-piercing ammunition.

1  of the evidence obtained from the account, your affiant located a video posted to BELTRAM's account

2  on January 26, 2019.  In the video, BELTRAM films himself in a mirror and shows two AR-style rifles

3  on the floor.  One of the rifles has an optic on the top and a drum magazine that matches the type of rifle

4  and drum magazine recovered by officers.  This rifle is highlighted using the red arrow.  A screenshot

5  from the video is included below:



6

7

8

9

10

11

12

13

14

15     20.      On January 13, 2019, BELTRAM posted a video to his Instagram account of an AR-style

16  firearm held on his lap within the vehicle.  This is one of multiple videos of BELTRAM riding in a

17  vehicle while armed.  Of note, this firearm appears consistent with the second gun depicted in the lower-

18  half of the photograph below Paragraph 19, above.  A screenshot from this video is included below:



19

20

21

22

23

24

25

26

27

28

21.     On February 6, 2019, BELTRAM posted a photograph of an AR style firearm in a green and black duffel bag, as shown below:



22.     On December 28, 2019, Beltram sent an Instagram message asking "who got 556 or 223." On December 29, 2019 Beltram again sent an Instagram message asking "who git who got 556 or 223." I know that AR style rifles can fire either/or both .223 or 5.56 ammunition. In addition, the ammunition recovered from the firearm dropped by Beltram was 5.56. I therefore believe BELTRAM's question about who had either "556" and "223" is consistent with BELTRAM likely trying to purchase ammunition to use with the firearms that he possessed, including the one recovered by police officers on or about March 14, 2019.

23.     Based on my review of BELTRAM's Instagram account postings and my review of police reports related to encounters with BELTRAM, I believe BELTRAM frequently possesses firearms, travels in vehicles with his firearms, and uses duffel bags to transport and/or conceal this firearms.

///

///

E.      **Interstate Nexus: Ammunition and Firearm**

24.      According to Federal Premium ammunition, LC 18 ammunition is manufactured at the Lake City Ammunition Plant in Lake City, Missouri.  Federal Premium manufactures LC 18 ammunition for civilian sale under the American Eagle brand and then ships to distributors throughout the United States.  No LC 18 ammunition is manufactured in the State of California.

25.      According to the American Built Custom Rifle Company (ABC Rifle Company), the ABC 15, semi-automatic firearm, serial #ABC-0276, was manufactured in Nevada and shipped to a firearms dealer in Las Vegas, Nevada on December 27, 2019.

## IV.      REQUEST TO SEAL SEARCH WARRANT

26.      I believe that, should the contents of this affidavit and related filings where to be made public, it would jeopardize this continuing investigation into BELTRAM and his associates, as well any personnel assigned to or cooperating in this investigation.  I also know, based upon my training and experience, that if the subjects of this investigation and/or their associates were notified that a criminal investigation exists, they would have the opportunity to destroy evidence, notify co-conspirators, or flee from prosecution.  For the foregoing reasons, and because this is an ongoing investigation, I request that the warrant and the accompanying affidavit be sealed until further order of the Court

## V.      CONCLUSION

27.      Based on the above information, I believe that JERRY FRANK ALEXANDER BELTRAM had in his control and possession the loaded ABC 15 semi-automatic firearm and LC 18 ammunition on or about March 14, 2019 in the Northern District of California in violation of Title 18 United States Code § 922(g)(1).  I therefore request that a no bail arrest warrant be issued for JERRY FRANK ALEXANDER BELTRAM.

///

///

///

ERNST AFF. ISO COMPLAINT                          9
[UNDER SEAL]

1    I declare under penalty of perjury that the statement above are true and correct to the best of my

2    knowledge and belief.

3                                                        _____

4                                                        MATTHEW ERNST
                                                        Special Agent
5                                                        Federal Bureau of Investigation

6    SWORN AND SUBSCRIBED TO BEFORE ME
     THIS _____ DAY OF APRIL, 2019.
7

8                                                    _____

9    HONORABLE DONNA M. RYU
     United States Magistrate Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ERNST AFF. ISO COMPLAINT                          10
[UNDER SEAL]